BEFORE THE SECOND DIVISION, MARCH 14, 1962

**No. 66562.**—Dorf International, Inc. (Phila.), et al. *v.* United States, protests 317020–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.